```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

SHAWN R. HUGHES,

        Plaintiff,
v.
                       Case No. 8:08-cv-1822-T-33EAJ
MORTGAGE CONTRACTING SERVICES,
LLC,

        Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to the parties' Joint Motion for Dismissal of Count I Without Prejudice and for Dismissal of Count II With Prejudice (the "Joint Motion" Doc. # 16), which was filed on April 27, 2010. The Government consents to the relief requested in the Joint Motion (Doc. # 17).

The parties submit, "Mr. Hughes and MCS have settled all other claims, and the interest of the United States is protected in that dismissal of Count I is without prejudice." (Doc. # 16 at 2). The Court finds it appropriate to dismiss this case as specified in the Joint Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Joint Motion for Dismissal of Count I Without Prejudice and for Dismissal of Count II With Prejudice (Doc. # 16) is **GRANTED**.

(2) The dismissal of Count I shall be without prejudice to the United States, and the dismissal of Count II shall be with prejudice.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of April, 2010.

                                         VIRGINIA M. HERNANDEZ COVINGTON
                                             UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record